**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TONI LATIMER | : | CIVIL ACTION |
| | : | |
| PLAINTIFF, | : | NO.: 02-CV-3562 |
| | : | |
| SENN FREIGHT LINES, INC. and | : | |
| MARK ABNEY | : | |
| | : | |
| DEFENDANTS | : | |

**PLAINTIFF'S ANSWER TO DEFENDANTS ANSWER**
**<u>WITH SEPARATE DEFENSES</u>**

15-26.  Denied.  All allegations stated in these paragraphs as separate defenses are specifically and generally denied.  By way of further response, all allegations contained in these paragraphs are conclusions of law to which no responsive pleadings are required.

WHEREFORE, plaintiff, Toni Latimer, demands that the Answer with separate defenses filed by Senn Freight Lines, Inc. be dismissed with prejudice and that judgment be rendered in favor of the plaintiff, together with costs, fees and such other and further relief as may be appropriate.

LAW OFFICES OF MARVIN LUNDY, LLP

_____
Donald C. Marino, Esquire
Law Offices of Marvin Lundy, LLP
1635 Market Street, 19th Floor
Philadelphia, PA 19103
(215-567-3000
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned Answer with Separate Defenses to Defendant's Answer was served via First-Class U.S. Mail, postage prepaid, on counsel for defendants, on the date noted below, addressed as follows:

Maureen E. Daley, Esquire
Timothy J. Abeel, Esquire
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorneys for Defendant

    Donald C. Marino, Esquire
    Attorney for Plaintiff

June 27, 2002