IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI LATIMER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SENN FREIGHT LINES, INC., ET AL | : | NO. 02-3562 |

O R D E R

_____AND NOW, this 15th day of October, 2002, upon consideration of Defendants' uncontested Motion to Continue Arbitration (Doc. No. 8), IT IS HEREBY ORDERED that said motion is GRANTED. The arbitration scheduled for October 22, 2002 shall be continued, and the Clerk of Court shall reschedule the arbitration for a date in December, 2002.

BY THE COURT:

_____
JOHN R. PADOVA,        J.