IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Toni Latimer | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3562 |
| Senn Freight Lines, Inc., et al | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Tuesday, December 17, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                  Michael E. Kunz
                                                                                  Clerk of Court

* Hearing continued from 10/22/02

                                                                                  By:_____
                                                                                  Tashia C. Irving
                                                                                  Deputy Clerk
                                                                                  Phone:267-299-7071

Date: October 18, 2002

Copies:     Andrea Mack, Courtroom Deputy to Judge John R. Padova
            Docket Clerk - Case File

            Counsel:        Dawn L. Jennings, Esq.
                            Donald C. Marino, Esq.
                            Timothy J. Abeel, Esq.
            Arbitrators:    Joel Kalman, Esq.
                            Margot Jones, Esq.
                            Linda Berman, Esq.

ARB2.FRM