IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI LATIMER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SENN FREIGHT LINES, ET AL | : | NO. 02-3562 |

## O R D E R

_____AND NOW, this 11th day of December, 2002, upon consideration of Defendant's December 11, 2002 letter request for a continuance of the arbitration hearing scheduled for December 17, 2002, **IT IS HEREBY ORDERED** that the arbitration hearing in the above-captioned case be continued to a date to be set by the Office of the Clerk of Court.[1]

BY THE COURT:

_____
JOHN R. PADOVA,        J.

---

[1] The Clerk of Court is requested to reschedule the arbitration for either January 3, 2003 or January 10, 2003, as requested in the Defendant's December 11, 2002 letter.