IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Toni Latimer | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3562 |
| | : | |
| Senn Freight Lines, et al | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Friday, January 3, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from 12/17/02

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:<u>December 13, 2002</u>

Copies:    Andrea Mack, Courtroom Deputy to Judge John R. Padova
Docket Clerk - Case File

Counsel:    Donald C. Marino, Esq.
Dawn Jennings, Esq.
Timothy J. Abeel, Esq.

ARB2.FRM