IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Toni Latimer | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-3562 |
| Senn Freight Lines, et al | | |
| | : | |

## ORDER SUBSTITUTING AN ARBITRATOR

AND NOW, this          day of            , 2003, it is hereby

ORDERED that Margot Jones, Esq. is replaced as an arbitrator on Friday, January 3, 2003, 9:30 a.m.  It is hereby

FURTHER ORDERED that Joseph Lombardo, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
JOHN R. PADOVA, J.

ARB8 (12/82)