IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| Toni Latimer | : | |
| | : | |
| v. | : | |
| Senn Freight Lines, Inc. | : | |
| | : | NO. 02-3562 |

**CIVIL JUDGMENT**

BEFORE JOHN R. PADOVA

    AND NOW, this       day of          , 2003, it appearing that an Arbitration Award was entered and filed on 1/8/03, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

    ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff and against all defendants for the total sum of $30, 000.00.

ATTEST:                                          OR                              BY THE COURT:

By:_____                                                      _____
 Deputy Clerk                                                                    JOHN R. PADOVA, J.

ARB 16