IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI LATIMER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SENN FREIGHT LINES, ET AL | : | NO. 02-3562 |

O R D E R

_____AND NOW, this 14th day of May, 2003, in accordance with notification from plaintiff's counsel, **IT IS HEREBY ORDERED** that Senn Freight Line's Motion to Enforce the Settlement Agreement (Doc. No. 16) is WITHDRAWN.

BY THE COURT:

_____
JOHN R. PADOVA,    J.